UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mathew Bulala, *et al.*,

                              Plaintiffs,        Civ. No. 08-6233 (RHK/SRN)

**ORDER**

v.

Gabriel Odima and G.K. Consulting Services, LLC,

                              Defendants.

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson, dated March 1, 2010 (Doc. No. 24), in which Judge Nelson recommended that the Court grant Plaintiffs' First Motion for Judgment on the Agreement of the Parties (Doc. No. 13). Defendants have filed an Objection (Doc. No. 25) to the Report and Recommendation.[1]

Pursuant to 28 U.S.C. § 636(b)(1) and District of Minnesota Local Rule 72.2, the Court has conducted a *de novo* review of the Report and Recommendation and the Objection thereto. The Court concludes that Judge Nelson's recommendation is fully supported by the record and controlling legal principles. Indeed, while Defendant Odima argues that the vehicles in question have been tendered to Plaintiffs and that he has no

---

[1] The Objection purports to be filed on behalf of the individual Defendant, Gabriel Odima, and the corporate Defendant, G.K. Consulting Services, LLC. However, because a corporate entity must be represented by counsel in federal court, see, e.g., Rowland v. Cal. Men's Colony, 506 U.S. 192, 202 (1993), the Court considers the Objection as filed only by Odima.

further obligations under the parties' Settlement Agreement, he simply has not proffered any persuasive (or admissible) evidence to that effect.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** as follows:

1. The Objection to the Report and Recommendation (Doc. No. 25) is **OVERRULED**, and the Report and Recommendation (Doc. No. 24) is **ADOPTED**;

2. Plaintiffs' First Motion for Judgment on the Agreement of the Parties (Doc. No. 13) is **GRANTED**;

3. Plaintiffs Matthew Bulala and the Catholic Diocese of Geita shall recover of Defendants Gabriel Odima and G.K. Consulting Services, LLC, jointly and severally, a total of $31,900;

4. Plaintiff Yohana D. Sagenge shall recover of Defendants Gabriel Odima and G.K. Consulting Services, LLC, jointly and severally, a total of $10,000; and

5. Plaintiff Catholic Diocese of Mwanza shall recover of Defendants Gabriel Odima and G.K. Consulting Services, LLC, jointly and severally, a total of $36,000.[2]

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April _6, 2010

                                               s/ Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge

---

[2] To the extent Plaintiffs also seek costs, they should submit a bill of costs in accordance with Federal Rule of Civil Procedure 54, 28 U.S.C. § 1920, and Local Rule 54.3.